STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,        )<br>                            )<br>     v.                     )<br>                            )<br> CRAIG LANCE VIDAL,    (01),)<br> KALANI OSHAY RABANAL, (02),)<br> THOMAS G. DUNNING,    (03),)<br> REYNOLD KEOKI BORGES, (04),)<br> TONIENG ERLANDIZ, JR.,(05),)<br> KEVIN MOKI CANARIO,   (06),)<br>                            )<br>          Defendants.       )<br>_____) | CR. NO. CR00-00286 DAE<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846, 841(a)(1);<br> 18 U.S.C. §§ 924(c) and 2] |

INDICTMENT

COUNT 1

The Grand Jury charges that:

From on or about June 1, 2000 and continuing thereafter up to and including July 2, 2000, in the District of Hawaii and elsewhere, the defendants CRAIG LANCE VIDAL, KALANI OSHAY

RABANAL, THOMAS G. DUNNING, REYNOLD KEOKI BORGES, TONIENG ERLANDIZ, JR., and KEVIN MOKI CANARIO did conspire together with each other, and with other persons unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly and intentionally distribute, and possess with intent to distribute, a quantity of crystal methamphetamine - "ice," in excess of 50 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of the conspiracy and to effect the objectives thereof, the co-conspirators performed the following overt acts, among others, in the District of Hawaii and elsewhere.

1) On or about June 26, 2000, in the District of Hawaii, the defendant KEVIN MOKI CANARIO distributed approximately one ounce of crystal methamphetamine - "ice."

2) On or about June 29, 2000, in the District of Hawaii, defendants KEVIN MOKI CANARIO and TONIENG ERLANDIZ, JR. discussed the purchase of a quantity of crystal methamphetamine - "ice," in excess of 50 grams.

3) On or about June 30, 2000, in the District of Hawaii, defendant KEVIN MOKI CANARIO possessed with intent to distribute approximately nine (9) ounces of crystal methamphetamine - "ice," with intent to distribute.

4) On or about June 30, 2000, in the District of Hawaii, defendant TONIENG ERLANDIZ, JR. made a telephone call to arrange for the purchase of approximately one (1) pound of crystal methamphetamine - "ice," for $33,000 in U.S. currency.

5) On or about July 1, 2000, in the District of Hawaii, defendant TONIENG ERLANDIZ, JR. met with defendant REYNOLD KEOKI BORGES and purchased approximately one (1) pound of crystal methamphetamine - "ice," for $33,000 in U.S. currency.

6) On or about July 1, 2000, in the District of Hawaii, defendant REYNOLD KEOKI BORGES met with defendant THOMAS G. DUNNING and obtained approximately two (2) pounds of crystal methamphetamine - "ice."

7) On or about July 1, 2000, in the District of Hawaii, defendants CRAIG LANCE VIDAL, KALANI OSHAY RABANAL and THOMAS G. DUNNING met in a residence in Mililani and discussed the distribution of a quantity of crystal methamphetamine - "ice," in excess of 50 grams.

8) On or about July 1, 2000, in the District of Hawaii, defendants CRAIG LANCE VIDAL, KALANI OSHAY RABANAL and THOMAS G. DUNNING possessed with intent to distribute approximately eight (8) pounds of crystal methamphetamine - "ice."

9) On or about July 1, 2000, in the District of Hawaii, defendants CRAIG LANCE VIDAL, KALANI OSHAY RABANAL and THOMAS G. DUNNING held approximately $130,988 in U.S. currency.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges that:

On or about June 30, 2000, in the District of Hawaii, defendant KEVIN MOKI CANARIO did knowingly and intentionally possess with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

The Grand Jury further charges that:

On or about June 30, 2000, in the District of Hawaii, defendant KEVIN MOKI CANARIO knowingly used and carried a firearm, to wit, a .22 caliber Jennings pistol, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, a possession with intent to distribute a quantity of crystal methamphetamine - "ice," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

4

All in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT 4

The Grand Jury further charges that:

On or about July 1, 2000, in the District of Hawaii, defendants TONIENG ERLANDIZ, JR. and REYNOLD KEOKI BORGES did knowingly and intentionally possess with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 5

The Grand Jury further charges that:

On or about July 1, 2000, in the District of Hawaii, defendant REYNOLD KEOKI BORGES did knowingly and intentionally possess with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, that is, approximately one (1) pound of crystal methamphetamine - "ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 6

The Grand Jury further charges that:

On or about July 1, 2000, in the District of Hawaii, defendants CRAIG LANCE VIDAL, KALANI OSHAY RABANAL and THOMAS G. DUNNING did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, that is approximately eight (8) pounds of crystal methamphetamine - "ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: _7/13/00_____, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney